UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 23-139 |
| LYNN SCHOFIELD | SECTION: "D" |
| | VIOLATION: 18:371 |

### NOTICE OF TRIAL AND PRETRIAL CONFERENCE
(previously set for 12/11/23)

Take notice that this criminal case has been **reset** for **TRIAL** on **JANUARY 2, 2024, at 9:00 a.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.   A FINAL PRETRIAL CONFERENCE will be held on **December 4, 2023, at 11:00 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  November 1, 2023

TO: **LYNN SCHOFIELD- (BOND)**

**Counsel for Defendant:**
Clarence Roby, Jr., Esq.- Croby@aol.com

**If you change address, notify clerk of court by phone, 504-589-7708**

CAROL L. MICHEL, CLERK
by:  Melissa Verdun, Deputy Clerk

AUSA: Jordan Ginsberg

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **none**

SA- Brandon Locke, FBI